No. 02–6288.  MATHIS *v.* CHICAGO AUTOMOBILE TRADE ASSN. C. A. 7th Cir.  Certiorari denied.

No. 02–6290.  RAHEEM *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02–6293.  BRANNAN *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02–6323.  GASTON *v.* OHIO.  Ct. App. Ohio, Belmont County.  Certiorari denied.

No. 02–6372.  REVILLA *v.* MULLIN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 02–6387.  REMBA *v.* ROE, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 02–6523.  LETIZIA *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–6534.  NOLEN *v.* MINDEN POLICE DEPARTMENT ET AL. C. A. 5th Cir.  Certiorari denied.

No. 02–6577.  RESTUCCI *v.* MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 02–6631.  COUSIN *v.* SAVAGE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–6639.  GUANIPA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–6705.  IRIZARRY-CENTENO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–6708.  BETHEL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–6710.  BRADLEY *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 02–6719.  SAWABINI *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.